UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY TERRELL,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THOMAS B. MODLY, Acting Secretary, Department of the Navy,<br><br>　　　　　　　　　　Defendant. | Case No.: 19-CV-1759-CAB-BGS<br><br>**ORDER DENYING MOTION TO DISMISS**<br><br>[Doc. No. 4] |

Defendant has filed a motion to dismiss the complaint in this action under Federal Rule of Civil Procedure 12(b)(5) for insufficient service of process because Plaintiff did not serve the complaint in accordance with Federal Rule of Civil Procedure 4(i) within the 90 days required by Rule 4(m). In her opposition, Plaintiff concedes that she had not adequately served the Attorney General of the United States, as required by Rule 4(i)(1)(B), at the time of Defendant's motion, but states that she remedied that defect in service. Thus, Plaintiff asks for relief under Rule 4(m) for the delay in service. In its reply, Defendant points out that the proof service that Plaintiff filed on January 6, 2020 [Doc. No. 5] relates to a different case and does not demonstrate proper service of the summons and complaint in this case on the Attorney General. Notably, however, Defendant does not dispute that

Plaintiff has in fact effected service on the Attorney General since the filing of the motion to dismiss as represented by Plaintiff's counsel in the opposition brief.

Ultimately, it appears that Defendant has been served in accordance with Rule 4(i), albeit not with the 90 days required by Rule 4(m). However, there is no argument of any prejudice to Defendant by allowing this case to proceed, and there is no indication of bad faith by Plaintiff. Moreover, because Plaintiff could be time-barred from re-filing her lawsuit, she would be prejudiced if the Court dismisses the complaint. *See generally Lemoge v. United States*, 587 F.3d 1188, 1198 (9th Cir. 2009) (reversing and ordering the district court to extend time for the plaintiffs to complete service under Rule 4(m) because the plaintiffs would be time-barred from re-filing their action). Accordingly, relief under 4(m) is appropriate.

In light of the foregoing, it is hereby **ORDERED** that Defendant's motion to dismiss is **DENIED**. Defendant shall respond to the complaint on or before **February 11, 2020**.

It is **SO ORDERED**.

Dated: January 21, 2020

Hon. Cathy Ann Bencivengo
United States District Judge